UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GABRIEL CLARK-AIGNER, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>J. COX, et al., )<br>)<br>  Defendants. ) | 2:09-cv-0161-WTL-DML |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion requesting oral argument or hearing is granted to the extent that all appropriate proceedings will be scheduled and conducted in this case and the plaintiff will be afforded the opportunity to participate meaningfully in those proceedings, but is denied to the extent that no specific hearing or other proceeding will be scheduled at this time.

2. The plaintiff's motion for discovery is denied, because in federal civil proceedings discovery is not conducted through motion.

3. A copy of the motions referred to above shall be included with the plaintiff's copy of this Entry.

4. The plaintiff shall have **through February 5, 2010,** in which to ***file a revised statement of material facts in dispute.*** This revised statement must be supported by appropriate citations to the record and evidence submitted in connection with the motion for summary judgment. The absence of such citations will concede the defendants' version of the facts to the extent they are supported by admissible evidence. This is the consequence of Local Rule 56.1(e). *See, e.g., Greer v. Bd. of Educ., of the City of Chicago,* 267 F.3d 723, 727 (7th Cir. 2001); *Members v. Paige,* 140 F.3d 699, 702 (7th Cir. 1998)(stating that procedural rules "apply to uncounseled litigants and must be enforced").

5. The defendants shall have **through February 19, 2010,** in which to reply to the plaintiff's response to the motion for summary judgment.

      6.    Further discovery is **stayed** until the court rules on the motion for summary judgment

**IT IS SO ORDERED.**

Date: 01/20/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov

GABRIEL CLARK-AIGNER
14425-006
U.S.P. LEWISBURG
P.O. BOX 1000
LEWISBURG, PA 17837